IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST JAMAL NELSON, ) | |
|           Petitioner ) | |
| ) | |
| vs. ) | Civil Action No. 07-1453 |
| ) | Judge Terrence F. McVerry/ |
| SUPERINTENDENT OF SCI- ) | Magistrate Judge Amy Reynolds Hay |
| HUNTINGDON; ATTORNEY GENERAL ) | |
| OF THE COMMONWEALTH OF ) | |
| PENNSYLVANIA; DISTRICT ) | |
| ATTORNEY OF ALLEGHENY ) | |
| COUNTY, ) | |
|           Respondents ) | |

## **O R D E R**

AND NOW, this 2nd day of April, 2009, after the Petitioner, Ernest Jamal Nelson, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 30, 2009, to file written objections thereto, and upon consideration of the objections filed by Petitioner, and upon an independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the habeas petition filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** .

**IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within

thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                                                        s/ Terrence F. McVerry
                                                                               United States District Judge

cc:      Honorable Amy Reynolds Hay
          United States Magistrate Judge

          Ernest Jamal Nelson
          EL-2353
          SCI Huntingdon
          1100 Pike Street
          Huntingdon, PA 16554-1112

          All Counsel of Record by electronic filing